**Order entered June 6, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-01077-CR

### DUSTIN MICHAEL ENGELKE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 072395**

## ORDER

Before the Court is appellant's June 3, 2022 first motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due by July 5, 2022.

/s/     LANA MYERS
        JUSTICE